IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM

vs.

MANNIX FRANK SONGENI,

Defendant.

) CRIMINAL CASE NO. CF0246-08
)
)
)
)
)
) DECISION AND ORDER
) (The People's Motion in Limine to Allow
) Attendance of Supporting Person at
) Testimony of Witness 17 Years of Age or
) Younger and Defendant's Motion not to
) Permit Supporting Person)
)
)
)

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on November 4, 2009, for a hearing on the People of Guam's ("the People") Motion in Limine to Allow Attendance of Supporting Person at Testimony of Witness 17 Year of Age or Younger; and Mannix Frank Songeni's ("Defendant") Motion not to Permit Supporting Person. Attorney Sally Tobin appeared on behalf of the People. Attorney Pablo M. Aglubat appeared on behalf of Defendant. Upon review of the evidence, oral and written arguments, and legal authorities presented by both attorneys, the court hereby issues this Decision and Order.

## BACKGROUND

On October 29, 2009, the People filed a Motion in Limine to Allow Attendance of Supporting Person at Testimony of Witness 17 Year of Age or Younger. In the Motion, the People ask that a comfort witness to accompany the minor A.M. ("the Victim"), who was born on March 16, 2000. The People's Motion in Limine to Allow Attendance of Supporting Person at 1 (October 29, 2009). The People stated that the Victim is currently nine years of age and feels nervous and intimidated about having to testify in court. Id.

On October 30, 2009, Defendant filed an Opposition to People's Motion in Limine to Permit Attendance of Supporting Person and Motion not to Permit Supporting Person. Defendant argued that the presence of a supporting person would bolster the witness' credibility. Defendant's Opposition to People's Motion in Limine to Permit Attendance of Supporting Person at 1 (October 30, 2009). The Court now addresses the People's Motion in Limine to Allow Attendance of Supporting Person at Testimony of Witness 17 Year of Age or Younger and Defendant's Motion not to Permit Supporting Person.

## DISCUSSION

The People argued the Court allow a comfort witness while the victim testifies because she feels nervous and intimidated about testifying in court. The People's Motion in Limine to Allow Attendance of Supporting Person at 1 (October 29, 2009). When a prosecuting witness is under 18 years of age in a case involving any sexual offense[1] and "[t]he Court shall take special precautions to provide for the comfort and support of the minor and to protect the minor from coercion, intimidation or undue influence as a witness." 8 G.C.A. § 75.80. Furthermore, 8 G.C.A. § 75.85, reiterates the courts ability to provide comfort and support of a prosecution witness under the age of 18, and to protect the minor witness from "coercion, intimidation or undue influence."

Defendant argued that the presence of a comfort witness would bolster the Victim's credibility. Defendant's Opposition to People's Motion in Limine at 1 (October 30, 2009). Defendant cites, State v. Suka, 70 Haw. 472, 777P.2d 240, to support his argument. In Suka,, a minor witness who was accompanied by a comfort witness, and the Supreme Court of Hawaii determined that the presence of the comfort witness in that particular case did bolster the

---

[1] Any sexual offense defined in Chapter 25 of Title 9, Guam Code Annotated.

credibility of the minor witness. 70 Haw. at 476, 777 P.2d at 242. But the Supreme Court of Hawaii did not find the simple presence of a comfort witness as bolstering the credibility of the minor witness. Id. The Court determined in that case that the comfort witnesses actions, more particularly the laying of her hand on the minor witness during her testimony could have had the effect of bolstering the minor witness' credibility. Id.

In the present case, there has been nothing to lead the Court to believe that the presence of comfort witness will bolster the Victim's credibility when she testifies. In fact, the People stated to the Court that the comfort witness be admonished to "sit quietly, sit still, not make any emotions, comments or gestures." Motion Hearing at 9:39 a.m. (November 4, 2009). Therefore, the Court will grant the People's Motion in Limine to Allow Attendance of Supporting Person at Testimony of Witness 17 Year of Age or Younger; and will deny Defendant's Motion not to Permit Supporting Person.

## CONCLUSION

By preponderance of the evidence and based on the foregoing reasons, the Court GRANTS the People's Motion in Limine to Allow Attendance of Supporting Person at Testimony of Witness 17 Year of Age or Younger; and DENIES Defendant's Motion not to Permit Supporting Person.

**SO ORDERED** this ___9___ day of ___NOV___, 2009.

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam.
Dated at Hagatna, Guam.

NOV - 9 2009

Amando B. Quitoriano
Deputy Clerk, Superior Court of Guam

HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam